UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-315-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| JOSE URIETA | : | |

For good cause shown, the government's motion to reassign is ALLOWED and the Clerk of Court is DIRECTED to reassign this case to Judge James C. Dever III.

This 17 September 2010.

_____
W. Earl Britt
Senior U.S. District Judge